IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Luis Arevalo,           ) | No. CV 05-2984-PHX-NVW (LOA) |
|               Petitioner,    ) | **ORDER** |
| vs.                          ) | |
| Joe W. Booker, Jr.,          ) | |
|               Respondent.    ) | |

Before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (doc. #1), the Report and Recommendation of United States Magistrate Judge Lawrence O. Anderson (doc. #15), and Petitioner's Objections to the Magistrate Report and Recommendations and Exhibits thereto (docs. #16, 19 and 20). No objections were filed by the Respondent.

The Court has considered Petitioner's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the magistrate judge's determinations, accepts his recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1       IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate
2 Judge Lawrence O. Anderson (doc. #15) is accepted.
3       IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus
4 pursuant to 28 U.S.C. § 2241 (doc. #1) is denied and dismissed with prejudice.
5       IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
6 accordingly and terminate this action.
7       DATED this 23rd day of January 2006.

_____
Neil V. Wake
United States District Judge